IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT G. MILLER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-3360 |
| | § | |
| UNK NURSE, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL**

Plaintiff, a state inmate proceeding *pro se*, filed a letter complaining of inadequate medical care and requesting an investigation. The Clerk of Court docketed the letter as a section 1983 prisoner civil lawsuit.

On November 18, 2013, the Court informed plaintiff that, if he intended to pursue a lawsuit, he must file a complaint using the standardized section 1983 preprinted complaint form within twenty days, and submit an application to proceed *in forma pauperis* within thirty days.

To-date, plaintiff has not filed a section 1983 complaint or submitted an application to proceed *in forma pauperis*. Accordingly, this case is DISMISSED WITHOUT PREJUDICE AS IMPROVIDENTLY OPENED.

Signed at Houston, Texas on December 27, 2013.

Gray H. Miller
United States District Judge